IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3216 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on its own motion. On November 10, 2014, the Clerk of the Court sent an order to Plaintiff at his last known address in Case Number 4:14CV3218, and it was returned to this court as undeliverable. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

    1. Plaintiff shall have 14 days from the date of this Memorandum and Order to apprise the court of his current address in the absence of which this matter will be dismissed without further notice to Plaintiff.

    2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: January 2, 2015: check for address.

    DATED this 1st day of December, 2014.

                                                BY THE COURT:

                                               *Richard G. Kopf*
                                              Senior United States District Judge