IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3216 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 11). Plaintiff filed a Notice of Appeal (Filing No. 10) on April 27, 2015. Plaintiff appeals from the court's Judgment dated April 20, 2015 (Filing No. 9). Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

    IT IS ORDERED that:

    1.    Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 11) is granted.

    2.    The clerk of the court is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

3.	To the extent a certificate of appealability is required in order to appeal the court's judgment in this case, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1).

DATED this 7th day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.